

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JEFFREY ALLEN LINDSAY, | § | |
| Appellant, | § | No. 08-18-00212-CV |
| | | Appeal from the |
| v. | § | 143rd District Court |
| THE ESTATE OF ROY OREY LINDSAY, SR., ROY A. LINDSAY, RAINEY L. LINDSAY, SUSAN LINDSAY THOMAS, JONI K. LINDSAY, ROY A. ("SONNY") LINDSAY, AND HANGING H. RANCH, INC., | § | of Reeves County, Texas |
| | § | (TC# 13-12-20542 P3137) |
| | § | |
| Appellees. | § | |

# **O R D E R**

The Motion to Abate is hereby DENIED. Therefore, the Court REINSTATE the appeal

and the Reporter's Record is now due July 10, 2021.

IT IS SO ORDERED this 30th day of June, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.